IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DIANE O. MOORE, )
)
v. ) 1:05-0048
)
JO ANNE B. BARNART, Commissioner of )
Social Security )

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be granted and the decision of the Commissioner be reversed and the cause remanded for further administrative proceedings. No objections have been filed.

The Court has read and considered the report of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Judgment on the Administrative Record, Document #15, is GRANTED, and the decision of the Commissioner is REVERSED and the cause is REMANDED for further administrative proceedings, to include updating the medical record, ordering a consultative examination if necessary, and rehearing of the matter.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge